1  MICHAEL C. ORMSBY
   United States Attorney
2  Eastern District of Washington
   MARY K. DIMKE
3  Assistant United States Attorney
   402 E. Yakima Avenue, Suite 210
4  Yakima, Washington 98901
   (509) 454-4425



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:14-CR-6056-EFS |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Vio: |
| MIGUEL CONTRERAS, | Ct. 1:   42 U.S.C. § 408(a)(7)(B) |
| Defendant. | Social Security Number Misuse |

The Grand Jury charges:

**Count 1**
**(Social Security Number Misuse)**

On or about June 18, 2013, in the Eastern District of Washington, the defendant, MIGUEL CONTRERAS, in a matter within the jurisdiction of the United States Social Security Administration, for the purpose of obtaining something of value and for other purposes, knowingly and with intent to deceive, did falsely represent that his social security number was XXX-XX-7215 on an Employment Eligibility Verification Form/ USCIS Form I-9, when in fact, as the defendant knew well, social security number XXX-XX-7215 had not been assigned to him by the Commissioner

INDICTMENT                                  1

of Social Security, or other property authority, in violation of Title 42, United States Code, Section 408(a)(7)(B).

DATED this 9th day of December 2014.

A TRUE BILL

_____
Foreperson

MICHAEL C. ORMSBY
United States Attorney

*/s/ signature*

SHAWN N. ANDERSON
Supervisory Assistant United States Attorney

*/s/ signature*

MARY K. DIMKE
Assistant United States Attorney

INDICTMENT                                        2